**UNITED STATES of America, Appellant, v. Halvor Marcus DALEY, Appellee.**

No. 7787.

Circuit Court of Appeals, Ninth Circuit.
March 4, 1935.

James H. Baldwin, U. S. Atty., of Butte, Mont., for the United States.

Molumby, Busha & Greenan, of Great Falls, Mont., for appellee.

Before WILBUR, Circuit Judge, and ST. SURE, District Judge.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America, Appellant, v. Walter WOODALL, Appellee.**

No. 7494.

Circuit Court of Appeals, Ninth Circuit.
March 11, 1935.

Peirson M. Hall, U. S. Atty., and Hugh L. Dickson, Asst. U. S. Atty., both of Los Angeles, Cal., and Will G. Beardslee, Director, Bureau of War Risk Litigation, and Keith L. Seegmiller and Lawrence A. Lawlor, Attys., Department of Justice, all of Washington, D. C., for the United States.

Volney P. Mooney, Jr., and Sylvester Hoffmann, both of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

The record in this case is insufficient to raise the question of the sufficiency of the evidence to support the judgment. Continental Nat. Bank v. National City Bank, 69 F.(2d) 312, 317. This is the only matter presented by appellant.

Judgment affirmed.

**Lila STEPHENS, as Administratrix of the Estate of Elwin Stephens, Deceased, Plaintiff-Appellant, v. REDMAN STEAMSHIP CORPORATION, Defendant-Appellee.**

No. 279.

Circuit Court of Appeals, Second Circuit.
Feb. 4, 1935.

Simone N. Gazan, of New York City, for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Vernon S. Jones and Walter X. Connor, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**In the Matter of Charles J. SWAN, Individually, etc., Bankrupt. United States of America, Appellant.**

No. 363.

Circuit Court of Appeals, Second Circuit.
March 19, 1935.

Clarence W. Roberts, of New York City, for the United States.

Israel Akselrod, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Appeal dismissed in open court.